No. 85–6112.  OFARRIL *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 85–6113.  BAKER, AKA WALKER *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 85–6115.  BUTLER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 85–6116.  PALAFOX *v.* EDWARDS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 85–6121.  WINTERHALDER *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 85–6129.  THOMAS *v.* MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 85–6131.  BARCENA *v.* WASHINGTON, MAYOR OF CITY OF CHICAGO, ET AL.  Sup. Ct. Ill.  Certiorari denied.

No. 85–6132.  BOYNTON *v.* FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 85–6133.  GRAF *v.* CITY OF OSHKOSH, WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 85–6143.  JOHNSTON *v.* WILKINS ET AL.  C. A. 6th Cir. Certiorari denied.

No. 85–6148.  GRANGER *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 85–6157.  LAWSON *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 85–6161.  MOSQUERA ET AL. *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 85–6162.  CASTRO *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 85–6176.  GIPSON *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 85–6178.  RANDAZZO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.